UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MOISES CUETO,

Defendant.

11-CR-1032-80 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Moises Cueto. The Court directs Mr. Cueto's defense counsel to respond by letter to Mr. Cueto responding to his concerns, and to publicly file this letter (subject to any appropriate redactions) on the docket of this case. This letter is to be filed by Friday, August 14, 2020.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 31, 2020
       New York, New York

Date : July 27, 2020

Rec'd 7/30/20 mm

From : Moises Cueto
Fed.Reg.No.#75353-066
Unit 5711
Federal Correction Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

To : Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE : Motion For Discovery in Case No.#0208 1:11CR01032-080 United States of America vs. Moises Cueto.

Dear U.S. District Judge Engelmayer;

I am writing your Honorable Chambers in request of the motion of discovery in my case upon which I never obtained prior to my plea agreement. I was pre-represented by Anthony Ricco whose address is 20 Vesey Street, 4th Floor, New York, NY 10007. I sought my motion of discovery from Mr.Ricco who only sent to me letters of what my family wrote to you before sentencing, and a copy of my PSI and my Plea Agreement. There was nothing pertaining the victim, nor what the Government was representing which could be considered as relevant evidence, or information to prosecute me.

I would very much like to have a copy of the autopsy report so that I could view it formyself because, I believe that there's evidence contained therein which could vindicate me. I strongly feel that my attorney was ineffective by not obtaining the discovery with the autopsy report which shows that there is two different stabb wounds instead of one. I feel as though my person was treated differently than others and prejudiced against by my representation and the courts and I should've been entitled to screen or have all evidence held against me whereas though, I could make a true conscious decision of pleaing guilty or going to trial, without being coherced by counsel Anthony Ricco.

Can you please help me with obtaining these documents. Thank you for your time and assistance upon this very important matter. For years I have tried to get help but have failed in my attempt.

Respectfully submitted,

By; _Moises Cueto_
MOISES CUETO, ACTING PRO-SE
FED.REG.NO.#75353-066
UNIT 5711
FEDERAL CORRECTION INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640.

CERTIFICATE OF SERVICE

I, MOISES CUETO, acting Pro se litigant in accordance with 28 U.S.C. § 1746 under the pains and penalty of perjury without the United States does hereby certify that I served this Letter of Inquiry For Motion of Discovery in Case Number # 0208 1:11CR01032-080 to the Honorable Chambers of Paul A. Engelmayer, United States District Court of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 by the United States Postal prepaid mailing service on this 28th day of July, 2020.

Respectfully submitted,

By: *Moises Cueto*
MOISES CUETO, ACTING PRO-SE
FED.REG.NO.#75353-066
UNIT 5711
FEDERAL CORRECTION INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640.



MOISES CUETO
FED.REG.NO.#75353-066
UNIT 5711
FEDERAL CORRECTION INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

28 U.S.C. § 1746 LEGAL MAIL !

TRENTON NJ 085
30 JUL 2020 PM 5 L

Rec'd 7/31/-
mn

ATTN: HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

10007-133099