UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MOISES CUETO,

Defendant.

11-CR-1032-80 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release from defendant Moises Cueto. The Court reappoints Mr. Cueto's trial counsel, Anthony Ricco, Esq., for the limited purpose of submitting a memorandum of law in support of his application. That memorandum is due November 13, 2020. The Government's opposition is due November 20, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 30, 2020
       New York, New York