UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              -v-<br><br>MOISES CUETO,<br><br>                                                  Defendant. | 11-CR-1032-80 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 30, 2020 the Court, having received a letter motion from Moises Cueto for compassionate release, reappointed Mr. Cueto's trial counsel, Anthony Ricco, Esq., for the limited purpose of submitting a memorandum of law in support of his application.  Dkt. 2528.  The Court set a briefing schedule wherein that memorandum was due November 13, 2020, and the Government's opposition was due November 20, 2020.

The Court has not received Mr. Ricco's memorandum.  Mr. Ricco is directed to file forthwith a letter explaining the delay and proposing a new briefing schedule that contemplates the motion being fully briefed before December 18, 2020.

SO ORDERED.

                                                                                          PAUL A. ENGELMAYER
                                                                                          United States District Judge

Dated: November 20, 2020
           New York, New York

1