UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MOISES CUETO,

Defendant.

11-CR-1032-80 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 29, 2020, the Court received a motion for compassionate release from defendant Moises Cueto.  Dkt. 2526.  On October 30, 2020, the court reappointed Mr. Cueto's trial counsel, Anthony Ricco, Esq., for the limited purpose of writing a brief in support of Mr. Cueto's motion and set a briefing schedule.  Dkt. 2528.  On November 20, 2020, Mr. Ricco informed the Court that he is now conflicted from representing Mr. Cueto.  Dkt. 2539.

The Court is in the process of appointing alternate CJA counsel for Mr. Cueto.  Once the Court has done so, it will set a new briefing schedule.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 10, 2020
       New York, New York