UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    -v-

MOISES CUETO,

                              Defendant.

11-CR-1032-80 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 29, 2020, the Court received a motion for compassionate release from

defendant Moises Cueto.  Dkt. 2526.  On October 30, 2020, the Court reappointed Mr. Cueto's

trial counsel, Anthony Ricco, Esq., for the limited purpose of writing a brief in support of Mr.

Cueto's motion and set a briefing schedule.  Dkt. 2528.  On November 20, 2020, Mr. Ricco

informed the Court that he is now conflicted from representing Mr. Cueto.  Dkt. 2539.

The Court appoints Zachary Margulis-Ohnuma as CJA counsel for the limited purpose of

writing a memorandum of law in support of Mr. Cueto's compassionate release motion.  That

memorandum is due January 13, 2021.  The Government's response is due January 20, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2020
       New York, New York

1