UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-1032-80 (PAE) |
| -v- | ORDER |
| MOISES CUETO, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

CJA counsel for Moises Cueto has indicated that they will seek leave to file a reply to the Government's opposition to Cueto's motion for compassionate release. Any reply is due February 8, 2021.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 25, 2021
New York, New York