UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MOISES CUETO,

Defendant.

11-CR-1032-80 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received from defendant, *pro se*, a renewed motion for compassionate release. Dkt. 2732. The Court hereby orders a response from the Government be filed by **July 29, 2024**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2024
New York, New York