UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MOISES CUETO,

Defendant.

11-CR-1032-80 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* letter from defendant Moises Cueto inquiring whether he stands to benefit from what he terms "the new youthful offender exceptions from the sentencing commission." See Dkt. 2772. For the limited purpose of assuring that Cueto's inquiry receives an informed response, the Court reappoints Zachary Margulis-Ohnuma, Esq. The Court asks that Mr. Margulis-Ohnuma file a letter on the docket confirming that he has responded to Cueto. This order is without prejudice to Mr. Margulis-Ohnuma's ability to seek authorization for an expanded representation in the event he determines that Cueto is eligible for relief.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 25, 2024
       New York, New York